UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07- 75- UNA |
| Plaintiff, : | |
| v. : | |
| : | REDACTED |
| CALVIN A. PETERSON, : | |
| : | |
| Defendant. : | |



FILED
JUN - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about April 5, 2007, in the State and District of Delaware, CALVIN A. PETERSON, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Cobra .380 caliber handgun, serial number FS006864, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year in the Superior Court for the State of Delaware in and for New Castle County, date of sentence for that conviction on or about May 11, 2005, in violation of Title 18, United States Code, §§ 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the

following: (1) a Cobra .380 caliber handgun, serial number FS006864 and (2) seven rounds of .380 caliber ammunition.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By:_____
Edmond Falgowski
Assistant United States Attorney
Dated: June 5, 2007