UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07- 75- UNA |
| Plaintiff, : | |
| v. : | |
| : | |
| CALVIN A. PETERSON, : | |
| : | |
| Defendant. : | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Calvin A. Peterson, pursuant to an Indictment returned against him by the Federal Grand Jury on June 5, 2007.



FILED
JUN - 5 2007
U.S. ...OURT
DISTR... ...WARE

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: June 5, 2007

AND NOW, this ___5___ day of ___June___, 2007, upon the foregoing Motion, IT IS ORDERED that an arrest warrant issue for the arrest and apprehension of CALVIN A. PETERSON.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge