UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-75-UNA |
| Plaintiff, : | |
| v. : | |
| : | |
| CALVIN A. PETERSON, : | |
| : | |
| Defendant. : | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On June 5, 2007, Calvin A. Peterson was indicted for being a Convicted Felon in Possession of a Firearm in violation of Title 18, United States Code, §§ 922(g)(1) & 924(a)(2).

2. Peterson is currently incarcerated as a sentenced prisoner at the Howard Young Correctional Inst. (Gander Hill), serving a sentence issued by the Superior Court for New Castle County, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of initial appearances is scheduled for Thursday, June 21, 2007, at 2:30 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the

Warden for the Howard Young Correctional Inst. to bring the said defendant Calvin A. Peterson before this Court on ~~June 21, 2007, at 2:30 p.m.~~ June 28, 2007, at 1:00 p.m. for an initial appearance and to be returned to the Warden for Howard Young Correctional Inst. only after a final disposition of the federal charges against the defendant has occurred through sentencing, or otherwise.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Seth M. Beausang
Seth M. Beausang
Assistant United States Attorney

Dated: June 7, 2007

IT IS SO ORDERED this 8th day of JUNE, 2002.

HONORABLE MARY PAT THYNGE
United States Magistrate Court

2