IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-75-GMS |
| | ) | |
| CALVIN A. PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Edmond Falgowski as one of the attorneys of record on behalf of the United States of America.

        COLM F. CONNOLLY
        United States Attorney


By:   /s/ Seth M. Beausang
     Seth M. Beausang (De. I.D. No. 4071)
     Assistant United States Attorney
     Nemours Building, #700
     P.O. Box 2046
     Wilmington, Delaware  19899-2046

Dated:  June 14, 2007