*Filed in open court 6/28/07 (initials)

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-75-GMS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| CALVIN A. PETERSON, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the following:

1.  **Eligibility of Case**.  This case is eligible for a  detention order because case involves (**check all that apply**):

    ____    Crime of violence (18 U.S.C. § 3156)

    ____    Maximum sentence life imprisonment or death

    ____    10+ year drug offense

    ____    Felony, with two prior convictions in above categories

    ____    Minor victim

    _X_    Possession/ use of firearm, destructive device or other dangerous weapon

    ____    Failure to register under 18 U.S.C. § 2250

    _X_    Serious risk defendant will flee if released from federal and state custody

    ____    Serious risk obstruction of justice

2.  **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_    Defendant's appearance as required

      _X_    Safety of any other person and the community

      3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

          ___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense  with minor victim

          ___ Previous conviction for "eligible" offense committed while on pretrial bond

      4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

          ____ At first appearance

         _X_ After continuance of _3_ days (not more than 3).

      5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

         1. At the time the offense was committed the defendant was:

            ____ (a) on release pending trial for a felony;

            ____ (b) on release pending imposition or  execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

            ____ (c) on probation or parole for an offense.

        ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

        _____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 28th day of June 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Seth M. Beausang
Assistant United States Attorney