AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

CALVIN A. PETERSON

**WARRANT FOR ARREST**

Case Number: CR 07-75-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     <u>CALVIN PETERSON</u>
                                                                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of court    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

charging him or her with    (brief description of offense)

FELON IN POSSESSION OF A FIREARM - ( COUNT I )

FILED
AUG - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title   18   United States Code, Section(s)   922(g)(1) and 924(a)(2)

PETER T. DALLEO                          BY: _[signature]_ ; DEPUTY CLERK
Name of Issuing Officer                                  Signature of Issuing Officer

CLERK OF COURT                           JUNE 6, 2007 at WILMINGTON, DE
Title of Issuing Officer                           Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-6-07 | William David DUSM | _[signature]_ |
| DATE OF ARREST 6-28-07 | | |