## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-75-GMS |
| Plaintiff, : | |
| v. : | |
| : | |
| CALVIN A. PETERSON, : | |
| : | |
| : | |
| Defendant. : | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case. On September 7, 2007, the deadline for the Defendant to file any pre-trial motions passed without the Defendant filing any such motions.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a trial in this matter. A proposed form of order is attached for the Court's convenience.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   /s/ Seth M. Beausang
Seth M. Beausang (De. I.D. No. 4071)
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

Dated: September 10, 2007.

## CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby certify that on September 10, 2007, I caused the foregoing Motion for a Scheduling Conference and Proposed Order to be served on the following counsel by electronic filing:

Eleni Kousoulis
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

                                          /s/ Seth M. Beausang
                                       Seth M. Beausang (De. I.D. No. 4071)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-75-GMS |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| CALVIN A. PETERSON, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2007, that a scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE