IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-75 (GMS) |
| | ) | |
| CALVIN A. PETERSON | ) | |

**<u>NOTICE OF SCHEDULING</u>**

IT IS HEREBY ORDERED that the court will hold a scheduling conference regarding the above-captioned case, in chambers, on <u>Thursday, September 20, 2007, at 10:30 a.m.</u>

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 11, 2007